CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 18 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANNY RAY THOMPSON, | Civil Action No. 7:11-cv-00491 |
| Plaintiff, | |
| v. | **ORDER** |
| SOUTHERN VIRGINIA MENTAL, HEALTH INSTITUTE, ET AL., | By: Samuel G. Wilson<br>United States District Judge |
| Defendants. | |

In accordance with the memorandum opinion entered on this date, it is **ORDERED** and **ADJUDGED** that plaintiff Danny Ray Thompson's request for *in forma pauperis* status is **GRANTED** and his complaint is **DISMISSED** without prejudice. The case is hereby **STRICKEN** from the active docket of the court.

ENTER: This 18th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE